IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| HARVEST MOON, LLC, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00165-PLR-HBG |
| v. | ) JURY DEMAND |
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | ) Magistrate Judge H. Bruce Guyton |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Harvest Moon, LLC, ("Plaintiff"), and Defendant Mesa Underwriters Specialty Insurance Company ("Defendant") hereby stipulate that all claims asserted by Plaintiff against Defendant in this action are due to be dismissed with prejudice. The parties have entered into a settlement agreement with respect to the above-styled action and respectfully request the Court enter the Agreed Order of Dismissal with Prejudice filed contemporaneously herewith.

Respectfully submitted,

**FROST BROWN TODD LLC**

*/s/ Payton M. Bradford*
Christopher S. Burnside (*admitted pro hac vice*)
400 West Market Street, Suite 3200
Louisville, KY 40202-3363
502-589-5400
cburnside@fbtlaw.com

Payton M. Bradford (BPR #35053)
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
615-251-5569
pbradford@fbtlaw.com

*Attorneys for Defendant Mesa Underwriters Specialty Insurance Company*

and

*/s/ Jesse D. Wilson*
Alexander J. Cramer
Jesse D. Nelson
Nelson Law Group, PLLC
10263 Kingston Pike
Knoxville, TN 37922
865-383-1053
alex@nlgattorneys.com
jesse@nlgattorneys.com

*Attorneys for Plaintiff Harvest Moon, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record via the Court's CM/ECF system on January 29, 2021:

Alexander J. Cramer
Jesse D. Nelson
Nelson Law Group, PLLC
10263 Kingston Pike
Knoxville, TN 37922
865-383-1053
alex@nlgattorneys.com
jesse@nlgattorneys.com

*Attorneys for Plaintiff Harvest Moon, LLC*

*/s/ Payton M. Bradford*
Payton M. Bradford

0144976.0733097  4819-4828-5912