# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| **HARVEST MOON, LLC,** | ) |
| **Plaintiff,** | ) Case No. 3:20-cv-00165-PLR-HBG |
| v. | ) JURY DEMAND |
| **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,** | ) Magistrate Judge H. Bruce Guyton |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL

By agreement of the Plaintiff Harvest Moon, LLC, ("Plaintiff"), and Defendant Mesa Underwriters Specialty Insurance Company ("Defendant"), and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety and with prejudice, with each party to bear its own costs. **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the parties settlement agreement.

This is a final and appealable order; there being no just cause for delay in its entry.

 **IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge

**HAVE SEEN AND AGREED:**

| | |
|---|---|
| */s/ Payton M. Bradford* | */s/ Jesse D. Nelson* |
| Christopher S. Burnside (*admitted pro hac vice*) | Alexander J. Cramer |
| Frost Brown Todd LLC | Jesse D. Nelson |
| 400 West Market Street, Suite 3200 | Nelson Law Group, PLLC |
| Louisville, KY 40202-3363 | 10263 Kingston Pike |
| 502-589-5400 | Knoxville, TN 37922 |
| cburnside@fbtlaw.com | 865-383-1053 |
| | alex@nlgattorneys.com |
| Payton M. Bradford (BPR #35053) | jesse@nlgattorneys.com |
| 150 3rd Avenue South, Suite 1900 | |
| Nashville, TN 37201 | *Attorneys for Plaintiff Harvest Moon, LLC* |
| 615-251-5569 | |
| pbradford@fbtlaw.com | |

*Attorneys for Defendant Mesa Underwriters Specialty Insurance Company*